# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 1:04-CR-057
                              Also 1:16-cv-512

                              District Judge Susan J. Dlott
- vs -                        Magistrate Judge Michael R. Merz

LEONARD DRISTER,

        Defendant.   :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This criminal case is before the Court on Defendant's Motion for Reconsideration (ECF No. 184). The Magistrate Judge construed it as a motion for amend the judgment under Fed. R. Civ. P. 59(e) and recommended that it be denied (Report and Recommendations, ECF No. 186).

Defendant was notified that his time to object to the Report and Recommendations would expire fourteen days after they were filed. *Id.* at PageID 887. That period expired May 3, 2017, but no objections have bene filed.

Accordingly, having reviewed the Report de novo, the Court finds that it is neither clearly erroneous as to matters of fact nor contrary to law and it is hereby ADOPTED. Defendant's Motion for Reconsideration is DENIED.

May 22, 2017.

                                                      Susan J. Dlott
                                                 United States District Judge